United States Bankruptcy Court
For the District of Colorado

In re: )
James Corey Goode )  Bankruptcy Case No. 25-16569-JGR
and Stacy Hartman Goode )  Chapter  13
)
Debtor(s). )

# NOTICE OF DEFICIENCY

The following missing documents are required for your case and are due **Thursday, October 23, 2025:**

• Employee Income Records and/or Statement Concerning Payment Advices (L.B.F. 1007-6.1)

**Your case is subject to dismissal if you fail to file the missing documents by the above date.**[1]

Date: 10/10/2025           Kenneth S. Gardner, Clerk
                           U.S. Custom House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
    Call: 720-904-7300
    Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.