Local Bankruptcy Form 1007-6.1
# United States Bankruptcy Court
### District of Colorado

In re **James Corey Goode**
**Stacy Hartman Goode**
**AKA Stacy Renee Hartman**

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Address **7356 Park Lane Rd**
**Longmont, CO 80503**

Case No. _____
Chapter **13**

Last four digits of Social-Security or Individual TaxPayer-Identification (ITIN) No(s).,(if any): **xxx-xx-2213   xxx-xx-4026**

Employer's Tax-Identification (EIN) No(s). (if any): _____

## Statement Under Penalty of Perjury Concerning Payment Advices

### Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I*, **James Corey Goode**, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ a) I was not employed during the period immediately preceding the filing of the above-referenced case __;

☐ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

■ c) I am self-employed and do not receive any evidence of payment from an employer;

☐ d) Other (please provide explanation) __

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: **October 9, 2025**

By: **/s/ James Corey Goode**
(Signature of Debtor)
**James Corey Goode**
Printed name of Debtor
**7356 Park Lane Rd**
**Longmont, CO 80503-0000**

**goodetech@yahoo.com**

*A separate form must be signed for each Debtor.

1007-1 form

Local Bankruptcy Form 1007-6.1
United States Bankruptcy Court
District of Colorado

In re **James Corey Goode / Stacy Hartman Goode / AKA Stacy Renee Hartman**

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Address: **7356 Park Lane Rd, Longmont, CO 80503**

Case No. _____

Chapter **13**

Last four digits of Social-Security or Individual TaxPayer-Identification (ITIN) No(s).,(if any): **xxx-xx-2213   xxx-xx-4026**

Employer's Tax-Identification (EIN) No(s). (if any): _____

## Statement Under Penalty of Perjury Concerning Payment Advices
## Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I*, **Stacy Hartman Goode**, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ a) I was not employed during the period immediately preceding the filing of the above-referenced case __;

☐ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

☒ c) I am self-employed and do not receive any evidence of payment from an employer;

☐ d) Other (please provide explanation) __

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: **October 9, 2025**

By: **/s/ Stacy Hartman Goode**
Signature of joint debtor
**Stacy Hartman Goode**

Printed name of debtor
**7356 Park Lane Rd**
**Longmont, CO 80503-0000**

Facsimile number
**sba.sgoode@gmail.com**

*A separate form must be signed for each debtor.

1007-1 form