Certificate Number: 16339-CO-DE-040205639

Bankruptcy Case Number: 25-16569



16339-CO-DE-040205639

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 16, 2025</u>, at <u>1:19</u> o'clock <u>PM EDT</u>, <u>James Goode</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date: October 16, 2025

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor