Certificate Number: 16339-CO-DE-040205640

Bankruptcy Case Number: 25-16569



16339-CO-DE-040205640

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 16, 2025</u>, at <u>1:19</u> o'clock <u>PM EDT</u>, <u>Stacy Goode</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date:   October 16, 2025            By:   /s/Kris Krumal

                                    Name: Kris Krumal

                                    Title: Certified Financial Counselor