## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-16569-JGR |
| | ) | |
| Goode, James | ) | |
| | ) | Chapter 13 |
| Goode, Stacy | ) | |
| | ) | |
| Debtors | ) | |

### ORDER EXTENDING STAY

THIS MATTER is before the Court on the Debtors' Motion to Extend Stay. The Court, having reviewed the file does hereby:

FIND that proper notice has been given and creditors have failed to respond or otherwise defend. It is therefore

ORDERED, ADJUDGED AND DECREED that the automatic stay is extended to Goode Enterprise Solutions (GSE) pursuant to Section 362(a) and shall continue until discharge of the Chapter 13 case unless a Motion for Relief is granted under Section 362(d).

DONE AND SIGNED this _____ day of _____, 2025.

BY THE COURT:

_____
United States Bankruptcy Judge