UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-16569-JGR |
| | ) | |
| Goode, James | ) | |
| | ) | Chapter 13 |
| Goode, Stacy | ) | |
| | ) | |
| Debtors | ) | |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1.1 NOTICE OF MOTION TO EXTEND STAY**

**OBJECTION DEADLINE: December 17, 2025**

**YOU ARE HEREBY NOTIFIED** that the Movant has filed a Motion to Extend Stay with the Bankruptcy Court, and is asking the court to extend the automatic stay to Co-Debtor, Goode Enterprise Solutions.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movants at the address stated below, and must state clearly all objections and any legal basis for objections. The Court will not consider general objections.

In absence of a timely, substantial objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 27th day of October 2025

The Horvath Law Firm, LLC

*/s/ N. Craig Horvath*
N. Craig Horvath #47393
PO Box 698
Littleton, CO 80160
(303) 900-8741
craig@thehorvathlawfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-16569-JGR |
| | ) | |
| Goode, James | ) | |
| | ) | Chapter 13 |
| Goode, Stacy | ) | |
| | ) | |
| Debtors | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **October 27, 2025**, I served by prepaid first class mail a copy of the Debtor's *Motion to Extend Stay*, *Notice of Motion to Extend Stay and Proposed Order* on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and these L.B.R. by the court's electronic noticing system or at the following addresses:

**Adam Goodman**
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

**US Trustee**
1961 Stout St
Suite 12-200
Denver, Colorado 80294-1961

**Exhibit A** (creditor mailing matrix)

**Debtor(s)**

The Horvath Law Firm, LLC

*/s/ N. Craig Horvath*
N. Craig Horvath #47393
PO Box 698
Littleton, CO 80160
(303) 900-8741
craig@thehorvathlawfirm.com