IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:     CHAPTER 13
JAMES COREY GOODE     CASE: 25-16569JGR

STACY HARTMAN GOODE

DEBTORS

---

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

---

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. Debtors have not commenced Chapter 13 Plan payments. 11 U.S.C. § 1326.

2. As Debtors are self-employed and/or operates a business, the Trustee requests that the Debtors provide documentation to support the net income set forth on Schedule I and the gross income set forth on Form 122C-1. This information can include but is not limited to: monthly cash flow reports, profit and loss statements, accounting ledgers, and business tax returns for the last three years. The Trustee requests all business and personal bank statements for the six months prior to filing the petition to present. The Trustee requests that business expenses be itemized to specifically indicate how the information provided supports the disclosures on Schedule I and Form 122C-1/C-2. The Trustee requests that the Debtors complete a Business Questionnaire. Trustee reserves the right to request that said information be updated. 11 U.S.C. §§ 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B), and Bankruptcy Rule 1007.

3. The Chapter 13 Plan appears to be infeasible because the monthly net income on Schedule J ($-2,253.00) is less than the Chapter 13 Plan payment in the amount of $300.00. 11 U.S.C. § 1325(a)(6).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

November 6, 2025

                                            Respectfully submitted,

                                            <u>s/Michael Edlen</u>
                                            Michael Edlen, #49579
                                            Attorney for Chapter 13 Trustee,
                                            Adam M. Goodman
                                            P.O. Box 1169
                                            Denver, CO  80201-1169
                                            (303) 830-1971
                                            FAX (303) 830-1973
                                            medlen@ch13colorado.com

CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on <u>November 6, 2025</u> addressed as follows:

JAMES COREY and STACY HARTMAN GOODE
6525 GUNPARK DR,# 370-227
BOULDER, CO 80301


NICHOLAS CRAIG HORVATH
VIA CM/ECF



\s\ kmp
Chapter 13 Trustee Staff Member