# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

JAMES COREY GOODE                                              Case No. 25-16569-JGR

STACY HARTMAN GOODE,                                       Chapter 13

            Debtors.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on the behalf of Creditors Jirka Rysavy, Brad Warkins, Kiersten Medvedich (collectively, the "**Gaia Judgement Creditors**") and Gaia, Inc. ("Gaia" or the "Company", and together with the Gaia Judgment Creditors, collectively, the "**Gaia Creditors**"), in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for the Gaia Judgment Creditors and Gaia Creditors, as follows:

    Daniel A. Dingerson, Esq.
    DAVIS+GILBERT LLP
    1675 Broadway
    New York, NY 10019

PLEASE TAKE FURTHER NOTICE that this appearance is not, and shall not be deemed to be, a waiver of the above-named parties' rights (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named parties are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the above-named parties expressly reserve, or (5) to any and all defenses or objections the above-named parties may have to the claims asserted against them in this action, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued, except to the extent expressly waived in writing in this proceeding.

Dated: November 12, 2025　　　　　　　/s/ Daniel A. Dingerson_____
New York, New York　　　　　　　　　Daniel A. Dingerson
　　　　　　　　　　　　　　　　　　DAVIS+GILBERT LLP
　　　　　　　　　　　　　　　　　　1675 Broadway
　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　212-237-1488 telephone
　　　　　　　　　　　　　　　　　　ddingerson@dglaw.com