| Fill in this information to identify your case |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO |
| Debtor 1: James (First Name) Corey (Middle Name) Goode (Last Name)     Case #: 25-16569-JGR |
| Debtor 2: Stacy (First Name) Hartman (Middle Name) Goode (Last Name)     Chapter: 13 |

## Local Bankruptcy Form 3015-1.4
**Confirmation Status Report**

**Complete applicable sections and check applicable boxes.**

### Part 1  Report

The debtor submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtor filed for chapter 13 relief on 10/09/2025.  The debtor attended the 11 U.S.C. § 341(a) Meeting of Creditors on 11/04/2025.

### Part 2  Notice and Service Date

The last plan to be noticed and served was dated 10/09/2025 at docket no. 2.

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| Original Plan | 10/09/2025 | 2 |
|  |  |  |

### Part 3  Objections

☐  No objections have been filed to the last plan.
X  The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | 17 |
| Gaia, Inc. & Gaia Individuals | 20 |

AND

X  The debtor complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Part 4  Summary of Objections

| Objection | Debtor's response |
|---|---|
|  |  |

| | |
|---|---|
| Chapter 13 Trustee: Objections regarding Debtors' payment history, the need to provide proof of income as well as plan feasibility. | The Debtors have commenced plan payments. At least one Debtor has W-2 income now so amended Schedules I and J will be forthcoming but are still being prepared. The amended schedules will also demonstrate plan feasibility. |
| Gaia Inc. & Gaia Individuals: Objections regarding the "best interest of the creditors test" and the need to potentially identify other assets in their bankruptcy filing. There are additional objections on plan feasibility and whether the plan was filed in good faith citing the omission of assets and failing to account for "Pending Claims" as reasons. | Counsel will explore with both Debtors and opposing counsel whether or not there is an interest in any unidentified assets and amend as necessary to ensure the "best interest of the creditors test" is met. Counsel believes plan feasibility will be resolved with the forthcoming Schedule I & J. Counsel believes the Debtors' plan was filed in good faith. Even if the assets that are claimed to have been omitted were disclosed initially, Counsel questions what value they would have to the bankruptcy estate. Regardless, Counsel will explore unidentified assets and any known value for proper disclosure. |

## Part 5  Resolution of Objections by Amended Plan

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

a. Filing of Amended Plan.

☐ The debtor already has filed an amended plan, dated _____
**[month/day/year]**, at docket no. _____ **[#]**. The amended plan makes the following changes: _____
**[describe changes]**.

X The debtor intends to file an amended plan by 12/18/2025. The anticipated amended plan will make the following changes: pay Colorado Department of Revenue pursuant to their claim.

b. Treatment of Objections by Amended Plan.

X The amended plan is intended to resolve all of the objections filed;
☐ The amended plan is intended to resolve only certain objections as described:

  1. **[List objection and explain how objection is resolved by amended plan]**
    _____

  2. **[List objection and explain how objection is resolved by amended plan]**
    _____

c. Notice of Amended Plan:

X Notice to all creditors: the debtor contends notice of the amended plan must be served on the chapter 13 trustee and all creditors and parties in interest.
☐ Request to limit notice: the debtor requests notice of the amended plan be limited for the following reasons:
_____
**[explain reason for limiting notice and list the parties proposed to receive notice]**.
☐ Request to waive notice: the debtor requests notice of the amended plan be waived for the following reasons:
_____

   **[explain reason for waiving notice]**.

   d. Objection Time Period for Amended Plan:

   X   Objection deadline pursuant to Fed. R. Bankr. P. 2002(b):  the debtor contends notice of the amended plan should be for the full objection period set forth in Fed. R. Bankr. P. 2002(b).
   ☐   Request to shorten objection time period:  the debtor requests the objection period set forth in Fed. R. Bankr. P. 2002(b) be shortened to _____ **[#]** days:
   _____
   **[explain reason for shortening objection period].**

## Part 6    Resolution of Objections by Judicial Determination

**Use this section if the debtor intends to resolve the objection(s) by judicial determination without an amended plan.**

   ☐   The debtor requests judicial determination of all outstanding objections;
   ☐   The debtor requests judicial determination of only certain objections raising the following outstanding issues:

   1. **[List issue]**
   2. **[List issue]**

   ☐   The hearing will require presentation of evidence.  The debtor anticipates the court time necessary to determine this contested matter will be _____ **[#]** hours.  The debtor anticipates _____ **[#]** witnesses will be called to testify.
   ☐   The hearing will require legal argument only.

## Part 7    Other Information of Status of Case

**[Provide any other information on the status of the case and confirmation issues that the debtor wishes to bring to the Court's attention.]**

_____
_____
_____

## Part 8    Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: 12/04/2025                     By: /s/ N. Craig Horvath
                                          Signature

                                      Bar Number (if applicable):  47393
                                      Mailing Address:
                                      PO Box 698, Littleton, CO 80160
                                      Telephone number:  303-900-8741
                                      E-mail address:  craig@thehorvathlawfirm.com