United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re: | Case No. 25-16569-JGR |
| James Corey Goode | Chapter 13 |
| Stacy Hartman Goode | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 05, 2025 | Form ID: pdf904 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | James Corey Goode, Stacy Hartman Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |
| 19967634 | + | Belzer Law, 737 29th St, # 100-A, Boulder, CO 80303-2395 |
| 19967635 | + | Benjamin Zavodnick, c/o Clark Hill PLC, 2595 Canyon Blvd, # 400, Boulder, CO 80302-6719 |
| 19967637 | + | Davis & Gilbert LLP, 1675 Broadway, New York, NY 10019-5820 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19967636 | + | Email/Text: CS3@BCSCOLLECT.COM | Dec 05 2025 22:20:00 | Budget Control Services, Inc., Attn Bankruptcy, Po Box 370107, Denver, CO 80237-0107 |
| 19987806 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Dec 05 2025 22:35:04 | Colorado Department of Revenue, Attn: Bankruptcy, PO Box 17087, Denver, CO 80217-0087 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2025                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 05, 2025 | Form ID: pdf904 | Total Noticed: 6 |

Adam M Goodman
    mail@ch13colorado.com  trusteeCOB1Z@ecf.epiqsystems.com

Daniel Andrew Dingerson
    on behalf of Creditor Gaia  Inc. ddingerson@dglaw.com

Daniel Andrew Dingerson
    on behalf of Creditor Brad Warkins ddingerson@dglaw.com

Daniel Andrew Dingerson
    on behalf of Creditor Kiersten Medvedich ddingerson@dglaw.com

Daniel Andrew Dingerson
    on behalf of Creditor Jirka Rysavy ddingerson@dglaw.com

Ina Beth Scher
    on behalf of Creditor Jirka Rysavy ischer@dglaw.com

Ina Beth Scher
    on behalf of Creditor Brad Warkins ischer@dglaw.com

Ina Beth Scher
    on behalf of Creditor Kiersten Medvedich ischer@dglaw.com

Ina Beth Scher
    on behalf of Creditor Gaia  Inc. ischer@dglaw.com

Nicholas Craig Horvath
    on behalf of Debtor James Corey Goode craig@thehorvathlawfirm.com

Nicholas Craig Horvath
    on behalf of Debtor Stacy Hartman Goode craig@thehorvathlawfirm.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania Jr.

| | |
|---|---|
| In re:<br><br>James Corey Goode<br>and Stacy Hartman Goode<br><br><br>Debtor(s). | Case No.  25-16569-JGR<br><br>Chapter 13 |

## ORDER REGARDING INTENDED AMENDED CHAPTER 13 PLAN AND CONFIRMATION STATUS REPORT

THIS MATTER comes before the Court on Debtor(s)' Confirmation Status Report filed on **12/04/2025** and the Debtor(s)' intention to resolve objections by filing an Amended Chapter 13 Plan. The Court ORDERS:

1. Confirmation of all previously-filed Chapter 13 Plans is DENIED.

2. By **12/18/2025**, the Debtor(s) must: (a) file an Amended Chapter 13 Plan; (b) file and serve a notice in substantial conformity to L.B.F. 3015-1.2 (including the objection deadline and information regarding how to participate in the hearing); and (c) file and serve any required amended Schedules to support the Amended Chapter Plan. Service must be made to the Chapter 13 Trustee and all creditors and parties in interest. After completion of service of the foregoing documents, the Debtor(s) must file a certificate of service showing proper service.

3. All pending objections are deemed MOOT. Any party who wishes to object to a future plan must file a new objection by **01/08/2026.**

4. If objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Confirmation Status Report pursuant to L.B.R. 3015-1(e) and in substantial conformity with L.B.F. 3015-1.4. If no objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Verification of Confirmable Plan pursuant to L.B.R. 3015-1(d) and in substantial conformity with L.B.F. 3015-1.3. Either a Verification of Confirmable Plan or a Confirmation Status Report must be filed by **01/22/2026.**

5. The previously scheduled confirmation hearing is VACATED. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on the Amended Chapter 13 Plan (to be filed and served as set forth below) and any objections:

    • **01/29/2026 at 10:00 a.m.**

    • Courtroom B, U.S. Custom House, 721 19th Street, Denver, CO 80202

    Counsel/parties shall appear by telephone at the hearing held by Judge Joseph G. Rosania, Jr.. Please dial 833-435-1820 toll free or 833-568-8864 toll free a few minutes prior to commencement of the hearing and then enter the Meeting ID: 161 324 5580. Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Clerk's Office at 720-904-7300 and leave a name and the telephone number where you can be reached, and the Court will return the call.

6. If the Debtor(s) fail to timely file and serve the required documents, such failure will be deemed cause for denial of confirmation and dismissal without further notice or hearing.

Dated: December 5, 2025

BY THE COURT:

s/ Joseph G. Rosania Jr.

Joseph G. Rosania Jr.,
Bankruptcy Judge