| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James Corey Goode** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | **Stacy Hartman Goode** |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 25-16569 |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ James Corey Goode**                    X **/s/ Stacy Hartman Goode**
  **James Corey Goode**                          **Stacy Hartman Goode**
  Signature of Debtor 1                          Signature of Debtor 2

  Date **December 17, 2025**                    Date **December 17, 2025**

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**