## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-16569-JGR |
| | ) | |
| Goode, James | ) | Chapter 13 |
| | ) | |
| Goode, Stacy | ) | |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on **December 17, 2025** the Debtors' *Amended Schedule A/B, Schedule I & J and Notice of Amendment* was served by the court's electronic noticing system or by being placed into the United States Mails, First-Class postage prepaid, and addressed as follows:

**Adam Goodman**
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

**Exhibit A** (creditor mailing matrix)

**US Trustee**
1961 Stout St
Suite 12-200
Denver, Colorado 80294-1961

 

/s/ N. Craig Horvath
N. Craig Horvath #47393
The Horvath Law Firm, LLC
PO Box 698
Littleton, CO 80160
303.900.8741
craig@thehorvathlawfirm.com