| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 25-16569-JGR<br>District of Colorado<br>Denver<br>Wed Dec 17 13:33:01 MST 2025 | Belzer Law<br>737 29th St<br># 100-A<br>Boulder, CO 80303-2395 | Benjamin Zavodnick<br>c/o Clark Hill PLC<br>2595 Canyon Blvd<br># 400<br>Boulder, CO 80302-6719 |
| Budget Control Services, Inc.<br>Attn  Bankruptcy<br>Po Box 370107<br>Denver, CO 80237-0107 | Colorado Department of Revenue<br>Attn: Bankruptcy<br>PO Box 17087<br>Denver, CO 80217-0087 | Davis & Gilbert LLP<br>1675 Broadway<br>New York, NY 10019-5820 |
| Daniel Andrew Dingerson<br>Davis & Gilbert LLP<br>1675 Broadway<br>New York, NY 10019-5820 | James Corey Goode<br>6525 Gunpark Dr<br># 370-227<br>Boulder, CO 80301-3346 | Stacy Hartman Goode<br>6525 Gunpark Dr<br># 370-227<br>Boulder, CO 80301-3346 |
| Adam M Goodman<br>Chapter 13 Trustee<br>P.O. Box 1169<br>Denver, CO 80201-1169 | Nicholas Craig Horvath<br>The Horvath Law Firm, LLC<br>PO Box 698<br>Littleton, CO 80160-0698 | Ina Beth Scher<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York, NY 10019-4379 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Gaia, Inc. | (u)Kiersten Medvedich | (u)Jirka Rysavy |
| (u)Brad Warkins | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     4<br>Total                  16 | |