# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-16569-JGR |
| | ) | |
| Goode, James | ) | |
| | ) | Chapter 13 |
| Goode, Stacy | ) | |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On October 27, 2025, Debtors, filed a Motion to Extend the Automatic Stay to Goode Enterprise Solutions.  Movants hereby certifies that the following is true and correct:

    1. Service of the motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.1, previously filed with the motion on October 27, 2025.

    2. The docket numbers for each of the following relevant documents are:

    a.    the motion and all documents attached thereto and served therewith, (Docket No. _15_);
    b.    the notice, (Docket No. _16_);
    c.    the certificate of service of the motion and the notice, (Docket No. _16_);

    3. No objections to or requests for hearing on the motion were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

    WHEREFORE, Movants pray that the court enter an order, a form of which was submitted with Motion, granting the requested relief.

Dated:   December 18, 2025           By:      *N. Craig Horvath*
*Counsel to  Debtors*
Attorney registration number: 47393
Business address:  PO Box 698, Littleton, CO 80160
Telephone number:  303.900.8741
Email Address:  craig@thehorvathlawfirm.com