## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | Case No. 25-16569-JGR |
| **JAMES COREY GOODE** ) | |
| ) | |
| **STACEY HARTMAN GOODE,** ) | |
| ) | Chapter 13 |
| Debtors. ) | |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, ORDERS AND OTHER FILINGS

PLEASE TAKE NOTICE that Joseph T. Bernstein and the law firm of MERRICK SHANER & BERNSTEIN, LLC hereby enter their appearances as counsel of record for Jirka Rysavy, Kiersten Medvedich and Gaia, Inc., Creditors in the captioned proceeding. Pursuant to 11 U.S.C. §§ 342 and 1109(b), and Fed.R.Bankr.P. 2002, 3017, 9007 and 9010, the undersigned requests that all notices filed in this proceeding, together with all pleadings, orders and other papers required to be served under the Bankruptcy Code, be served upon:

>Joseph T. Bernstein
>MERRICK SHANER & BERNSTEIN, LLC
>4600 South Syracuse Street, 9th Floor
>Denver, Colorado 80237
>Telephone: (303) 831-9400
>Facsimile: (303) 771-5803
>E-mail: jtb@msbfirm.com

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, all motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearings, petitions, objections, answers, responses, replies, schedules, statements, plans, disclosure statements and all other documents made of record in this proceeding.

Dated: December 18, 2025        Respectfully submitted,

/s/ Joseph T. Bernstein
Joseph T. Bernstein, CO Atty. No. 37753
MERRICK SHANER & BERNSTEIN, LLC
4600 South Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone: (303) 831-9400
Facsimile: (303) 771-5803
E-Mail: jtb@msbfirm.com

ATTORNEYS FOR JIRKA RYSAVY, KIERSTEN MEDVEDICH AND GAIA, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 18, 2025, a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, ORDERS AND OTHER FILINGS was filed electronically with the Court through the CM/ECF e-filing system, which will provide a copy thereof to all interested parties who have registered therewith to receive electronic notices.

/s/ Joseph T. Bernstein
Joseph T. Bernstein