United States Bankruptcy Court
District of Colorado

In re:     Case No. 25-16569-JGR
James Corey Goode     Chapter 13
Stacy Hartman Goode
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: admin    Page 1 of 2
Date Rcvd: Dec 22, 2025    Form ID: pdf904    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

**Recip ID**    **Recipient Name and Address**
db/db    + James Corey Goode, Stacy Hartman Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com trusteeCOB1Z@ecf.epiqsystems.com |
| Daniel Andrew Dingerson | on behalf of Creditor Kiersten Medvedich ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Jirka Rysavy ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Gaia Inc. ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Brad Warkins ddingerson@dglaw.com |
| Ina Beth Scher | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 22, 2025 | Form ID: pdf904 | Total Noticed: 1 |

        on behalf of Creditor Kiersten Medvedich ischer@dglaw.com

Ina Beth Scher

        on behalf of Creditor Gaia  Inc. ischer@dglaw.com

Ina Beth Scher

        on behalf of Creditor Jirka Rysavy ischer@dglaw.com

Ina Beth Scher

        on behalf of Creditor Brad Warkins ischer@dglaw.com

Joseph T. Bernstein

        on behalf of Creditor Kiersten Medvedich jtb@msbfirm.com

Joseph T. Bernstein

        on behalf of Creditor Jirka Rysavy jtb@msbfirm.com

Joseph T. Bernstein

        on behalf of Creditor Gaia  Inc. jtb@msbfirm.com

Nicholas Craig Horvath

        on behalf of Debtor James Corey Goode craig@thehorvathlawfirm.com

Nicholas Craig Horvath

        on behalf of Debtor Stacy Hartman Goode craig@thehorvathlawfirm.com

US Trustee

        USTPRegion19.DV.ECF@usdoj.gov


TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br>SSN:  xxx-xx-2213,<br>STACY HARTMAN GOODE,<br>SSN:  xxx-xx-4026,<br><br>   Debtors. | Case No. 25-16569-JGR<br>Chapter 13 |

## ORDER DENYING MOTION TO EXTEND STAY

THIS MATTER is before the Court on the Debtors' Motion to Extend Stay as to Co-Debtor Goode Enterprise Solutions, Inc. ("GES") ("Motion") filed by Debtors James Corey Goode and Stacy Hartman Goode on October 27, 2025 (Doc. 15).

The Motion seeks to extend the automatic stay imposed under 11 U.S.C. § 362(a) to a non-debtor third party, GES.  A debtor is protected by the injunction imposed by the automatic stay; however, this injunction does not extend to non-debtor, third parties in Chapter 13 cases, unless such parties are individuals.  See 11 U.S.C. Section 1301(a).

The Motion represents Debtor James Corey Goode is a principal and majority shareholder in GES and that, at the time of filing, litigation was pending in the United States District Court for the District of Colorado under Case No. 1:20-cv-00742-DDD-KLM styled *Corey Goode and Goode Enterprise Solutions Inc. v. Gaia, Inc. et al.*.  The Motion further represents GES has ceased operations, is no longer conducting business, there is no intent to resume business activities, there are no ongoing revenue streams or active contracts, and GES has no independent operations or assets.

Based on the representations in the Motion that GES has ceased business operations and has no assets, it is unclear why GES would need the protection of the automatic stay, or how the extension of the automatic stay would benefit the Debtors.

More importantly, under Fed.R.Bankr.P. 7001(7), an adversary proceeding is required to obtain an injunction extending the automatic stay to the non-debtor third party entity, GES, in a Chapter 13 case pursuant to 11 U.S.C. § 105(a).  The requested relief can only be granted through an adversary proceeding.  Therefore, it is

ORDERED that the Debtors' Motion to Extend Automatic Stay (Doc. 15) is DENIED without prejudice.

Dated this 22nd day of December, 2025.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge

2