**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania Jr.

| | |
|---|---|
| In re:<br><br>James Corey Goode<br>and Stacy Hartman Goode<br><br><br>Debtor(s). | Case No.  25-16569-JGR<br><br><br>Chapter 13 |

### ORDER REGARDING INTENDED AMENDED CHAPTER 13 PLAN AND CONFIRMATION STATUS REPORT

THIS MATTER comes before the Court on Debtor(s)' Confirmation Status Report filed on **01/22/2026** and the Debtor(s)' intention to resolve objections by filing an Amended Chapter 13 Plan. The Court ORDERS:

1. Confirmation of all previously-filed Chapter 13 Plans is DENIED.

2. By **02/19/2026**, the Debtor(s) must: (a) file an Amended Chapter 13 Plan; (b) file and serve a notice in substantial conformity to L.B.F. 3015-1.2 (including the objection deadline and information regarding how to participate in the hearing); and (c) file and serve any required amended Schedules to support the Amended Chapter Plan. Service must be made to the Chapter 13 Trustee and all creditors and parties in interest. After completion of service of the foregoing documents, the Debtor(s) must file a certificate of service showing proper service.

3. All pending objections are deemed MOOT.  Any party who wishes to object to a future plan must file a new objection by **03/12/2026.**

4. If objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Confirmation Status Report pursuant to L.B.R. 3015-1(e) and in substantial conformity with L.B.F. 3015-1.4.  If no objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Verification of Confirmable Plan pursuant to L.B.R. 3015-1(d) and in substantial conformity with L.B.F. 3015-1.3.  Either a Verification of Confirmable Plan or a Confirmation Status Report must be filed by **03/26/2026.**

5. The previously scheduled confirmation hearing is VACATED. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on the Amended Chapter 13 Plan (to be filed and served as set forth below) and any objections:

    • **04/02/2026 at 10:00 a.m.**

    • Courtroom B, U.S. Custom House, 721 19th Street, Denver, CO 80202

    Counsel/parties shall appear by telephone at the hearing held by Judge Joseph G. Rosania, Jr.. Please dial 833-435-1820 toll free or 833-568-8864 toll free a few minutes prior to commencement of the hearing and then enter the Meeting ID: 161 324 5580.  Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Clerk's Office at 720-904-7300 and leave a name and the telephone number where you can be reached, and the Court will return the call.

6. If the Debtor(s) fail to timely file and serve the required documents, such failure will be deemed cause for denial of confirmation and dismissal without further notice or hearing.

Dated: January 23, 2026

BY THE COURT:

s/ Joseph G. Rosania Jr.

Joseph G. Rosania Jr.,
Bankruptcy Judge