# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-16569-JGR |
| | ) | |
| Goode, James | ) | Chapter 13 |
| | ) | |
| Goode, Stacy | ) | |
| | ) | |
| Debtors | ) | |

## MOTION FOR EXTENSION OF TIME

    Now comes the Debtors, by and through counsel, N. Craig Horvath, and moves this Court for an extension of time to March 5, 2026 to file an Amended Plan or and as grounds therefore states the following:

1. Debtors were ordered to file an Amended Plan and Notice in Compliance with L.BR. Rule 3015-1.2 by February 19, 2026.

2. The Debtors are still gathering the necessary information to provide to Counsel. The Debtors are requesting a two week extension to file their amended Chapter 13 plan and any amendments.

    WHEREFORE, the Debtor respectfully requests that the Court issue an order granting an extension of time to March 5, 2026, to allow time for the Debtors to gather information and file an Amended Plan.

DATED this 19th day of February, 2026.

                                                        Respectfully submitted,

                                                         The Horvath Law Firm, LLC

                                                         */s/ N. Craig Horvath*
                                                         Counsel for Debtor
                                                         Attorney registration number: 47393
                                                         PO Box 698
                                                         Littleton, CO 80160
                                                         Telephone number:  303.900.8741
                                                         Facsimile number:  303.798.4663
                                                         E-mail: craig@thehorvathlawfirm.com