# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-16569-JGR |
| | ) | |
| Goode, James | ) | Chapter 13 |
| | ) | |
| Goode, Stacy | ) | |
| | ) | |
| Debtors | ) | |

## ORDER

The Debtors' Motion to Extend Time is hereby granted. Debtors are ordered to file an Amended Chapter 13 Plan and 3015-1.2 Notice by March 5, 2026. Failure to comply will result in the dismissal of the case.

DONE AND SIGNED this _____ day of _____, 2026.

BY THE COURT:

_____
United States Bankruptcy Judge