**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | |
| | Bankruptcy Case No 25-16569-JGR |
| JAMES COREY GOODE, | |
| STACY HARTMAN GOODE, | Chapter 13 |
| | |
| Debtor(s). | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND**
**ORDER RESCHEDULING HEARING**

THIS MATTER comes before the Court on the Motion for Extension of Time to File and Serve an Amended Chapter 13 Plan filed by the Debtor(s) on February 19, 2026 (Doc. 48). The Court,

DOES FIND that the Debtors are requesting an extension of time to comply with the Court's Order entered January 23, 2026 to file and serve an amended Chapter 13 plan. Therefore, the Court,

HEREBY ORDERS as follows:

1.  The Motion for Extension of Time to File and Serve an Amended Chapter 13 plan filed February 19, 2026 (Doc. 48) is hereby GRANTED. The Debtor(s) shall file the amended Chapter 13 plan on or before **March 5, 2026**. **No further extension of time shall be granted absent a scheduled hearing to consider said request.**

2.  The hearing on confirmation currently scheduled for **April 2, 2026** is VACATED and RESCHEDULED for a telephonic non-evidentiary hearing regarding Debtors' amended Chapter 13 Plan and Objections thereto, if any, at **10:00 a.m. on Thursday**, **April 16, 2026**, Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

> Please dial **833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing and then enter the Meeting ID: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

3.  The Debtor(s) shall, **on or before March 5, 2026,** file and serve the Amended Chapter 13 Plan along with a notice in substantial conformity with L.B. Form 3015-1.2 and in compliance with Bankruptcy Rules 2002(b) and 7004, which notice shall also include language in paragraph two above regarding telephone appearance at the continued hearing, on the following:

    ☒  Chapter 13 Trustee
    ☒  All creditors and parties who have entered an appearance and/or requested notice in the case
    ☒  All creditors and interested parties

4.  The deadline for filing objections to confirmation is **March 26, 2026**.

5.  On or before **April 9, 2026**, the Debtor(s) shall file the appropriate Confirmation Status Report or Verification of Confirmable Plan.

**IN THE EVENT DEBTOR FAILS TO FILE OR FAILS TO FILE A MEANINGFUL CONFIRMATION STATUS REPORT BY THE ABOVE DEADLINE, THE PLAN CONFIRMATION HEARING WILL NOT BE VACATED BY THE COURT.**

6.  In the event Debtor(s) fails/fail to comply as ordered herein, confirmation of the amended plan may be DENIED and the case may be dismissed without further notice or hearing.

Dated: February 20, 2026          BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge