United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re: | Case No. 25-16569-JGR |
| James Corey Goode | Chapter 13 |
| Stacy Hartman Goode | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2026 | Form ID: pdf904 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | James Corey Goode, Stacy Hartman Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |
| 19967634 | + | Belzer Law, 737 29th St, # 100-A, Boulder, CO 80303-2395 |
| 20017377 | | Benjamin I. Zavodnick, 85 Main Street, Suite 302, Hackensack, NJ 07601-7100 |
| 19967635 | + | Benjamin Zavodnick, c/o Clark Hill PLC, 2595 Canyon Blvd, # 400, Boulder, CO 80302-6719 |
| 19967637 | + | Davis & Gilbert LLP, 1675 Broadway, New York, NY 10019-5820 |
| 20017703 | + | Gaia Inc., c/o Davis + Gilbert LLP, 1675 Broadway, New York NY 10019-5820 |
| 20017701 | + | Jirka Rysavy, 1675 Broadway, New York NY 10019-5820 |
| 20017702 | + | Kiersten Medvedich, 1675 Broadway, New York NY 10019-5820 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19967636 | + | Email/Text: CS3@BCSCOLLECT.COM | Feb 20 2026 22:35:00 | Budget Control Services, Inc., Attn Bankruptcy, Po Box 370107, Denver, CO 80237-0107 |
| 19987806 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Feb 20 2026 22:46:25 | Colorado Department of Revenue, Attn: Bankruptcy, PO Box 17087, Denver, CO 80217-0087 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026      Signature:      /s/Gustava Winters

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Feb 20, 2026 Form ID: pdf904 Total Noticed: 10

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com trusteeCOB1Z@ecf.epiqsystems.com |
| Daniel Andrew Dingerson | on behalf of Creditor Brad Warkins ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Kiersten Medvedich ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Gaia Inc. ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Jirka Rysavy ddingerson@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Jirka Rysavy ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Brad Warkins ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Kiersten Medvedich ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Gaia Inc. ischer@dglaw.com |
| Joseph T. Bernstein | on behalf of Plaintiff Gaia Inc. jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Gaia Inc. jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Kiersten Medvedich jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Jirka Rysavy jtb@msbfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor Stacy Hartman Goode craig@thehorvathlawfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor James Corey Goode craig@thehorvathlawfirm.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br>STACY HARTMAN GOODE,<br><br>Debtor(s). | Bankruptcy Case No 25-16569-JGR<br><br>Chapter 13 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND**
**ORDER RESCHEDULING HEARING**

THIS MATTER comes before the Court on the Motion for Extension of Time to File and Serve an Amended Chapter 13 Plan filed by the Debtor(s) on February 19, 2026 (Doc. 48). The Court,

DOES FIND that the Debtors are requesting an extension of time to comply with the Court's Order entered January 23, 2026 to file and serve an amended Chapter 13 plan. Therefore, the Court,

HEREBY ORDERS as follows:

1. The Motion for Extension of Time to File and Serve an Amended Chapter 13 plan filed February 19, 2026 (Doc. 48) is hereby GRANTED. The Debtor(s) shall file the amended Chapter 13 plan on or before **March 5, 2026**. **No further extension of time shall be granted absent a scheduled hearing to consider said request.**

2. The hearing on confirmation currently scheduled for **April 2, 2026** is VACATED and RESCHEDULED for a telephonic non-evidentiary hearing regarding Debtors' amended Chapter 13 Plan and Objections thereto, if any, at **10:00 a.m. on Thursday**, **April 16, 2026**, Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

> Please dial **833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing and then enter the Meeting ID: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

3. The Debtor(s) shall, **on or before March 5, 2026,** file and serve the Amended Chapter 13 Plan along with a notice in substantial conformity with L.B. Form 3015-1.2 and in compliance with Bankruptcy Rules 2002(b) and 7004, which notice shall also include language in paragraph two above regarding telephone appearance at the continued hearing, on the following:

- ☒ Chapter 13 Trustee
- ☒ All creditors and parties who have entered an appearance and/or requested notice in the case
- ☒ All creditors and interested parties

4. The deadline for filing objections to confirmation is **March 26, 2026**.

5. On or before **April 9, 2026**, the Debtor(s) shall file the appropriate Confirmation Status Report or Verification of Confirmable Plan.

**IN THE EVENT DEBTOR FAILS TO FILE OR FAILS TO FILE A MEANINGFUL CONFIRMATION STATUS REPORT BY THE ABOVE DEADLINE, THE PLAN CONFIRMATION HEARING WILL NOT BE VACATED BY THE COURT.**

6. In the event Debtor(s) fails/fail to comply as ordered herein, confirmation of the amended plan may be DENIED and the case may be dismissed without further notice or hearing.

Dated: February 20, 2026

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge

2