IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                    CHAPTER 13
JAMES COREY GOODE                                         CASE:  25-16569JGR

STACY HARTMAN GOODE

                              DEBTORS

---

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

---

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1.  Debtors may not be contributing all projected disposable income to creditors. First, upon information and belief, Mr. Goode maintains a YouTube channel with approximately 183,000 followers that generates income. Second, Mr. Goode is producing a documentary titled Beyond Disclosure: The Corey Goode Files, and may receive compensation from this documentary. Third, Mr. Goode is scheduled to appear at The Disclosure Summit in April of 2026, and may receive compensation from this appearance. Fourth, Mr. Goode has raised approximately $15,387 through Kickstarter for a project titled 20&Back: Project MoonShadow: A Sci-Fi Horror Web Novel. To the extent generation of income for these ventures is irregular, Debtors should be required to provide the Trustee documentation of the income generated within 15 days of receipt and the Plan should provide for the turnover of all net income generated. 11 U.S.C. §§ 521, 1325(a)(3), 1325(b).

2.  The Chapter 13 Plan appears to be infeasible because the monthly net income on Schedule J ($306.21) is less than the Chapter 13 Plan payment in the amount of $3,270 starting in month 6. 11 U.S.C. § 1325(a)(6).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

March 23, 2026

Respectfully submitted,

s/Nick Santarelli
Nick Santarelli, #46592
Attorney for Chapter 13 Trustee,
Adam M. Goodman
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973
nsantarelli@ch13colorado.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on March 23, 2026 addressed as follows:

JAMES COREY and STACY HARTMAN GOODE
6525 GUNPARK DR,# 370-227
BOULDER, CO 80301


NICHOLAS CRAIG HORVATH
VIA CM/ECF


\s\ kmp
Chapter 13 Trustee Staff Member