**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

<u>Minute Order</u>

| April 16, 2026 | Hon. Joseph G. Rosania, Jr., Presiding |
|---|---|
| | A.   Sekera, Courtroom Deputy |

| In re: | Bankruptcy Case No. **25-16569-JGR** |
|---|---|
| **James Corey Goode and Stacy Hartman Goode**, | Chapter 13 |
| Debtor(s). | |

**Appearances:**

| Debtor(s) | | Counsel | Nicholas Craig Horvath |
|---|---|---|---|
| Trustee | Adam M. Goodman, Chapter 13 Trustee | Counsel | Nicholas Santarelli |
| Creditor | Jirka Rysavy, Kiersten Medvedich and Gaia, Inc., | Counsel | Joseph T. Bernstein |
| Creditor | Benjamin Zavodnick | Counsel | Self-Represented |
| | | | |

**Proceedings:** Telephonic hearing regarding confirmation of Debtors' Amended Chapter 13 Plan filed March 5, 2026 (Doc. 51) and Objection thereto filed by the Chapter 13 Trustee (Doc. 53) and Joinder to Chapter 13 Trustee's Objection by Jirka Rysavy, Kiersten Medvedich and Gaia, Inc., (Doc.55)

Entry of appearances and statements/arguments made.

The Court was advised that Debtors are not current on plan payments to the Chapter 13 Trustee.

**Orders:**

☒   This hearing is continued to **Thursday, June 11, 2026 at 10:00 a.m.,** Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado  80202.  The issue of dismissal will be considered at the continued hearing.

Counsel/parties **shall appear by telephone** at the continued hearing.  **Dial 833-435-1820 US Toll-free,** a few minutes prior to commencement of the hearing and Enter the Meeting ID:
**161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing.  If you are unable to connect after following the instructions provided, please call
720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge