United States Bankruptcy Court

District of Colorado

In re:                                                                    Case No. 25-16569-JGR

James Corey Goode                                                         Chapter 13

Stacy Hartman Goode

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 11, 2026 | Form ID: pdf904 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | James Corey Goode, Stacy Hartman Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |
| 19967634 | + | Belzer Law, 737 29th St, # 100-A, Boulder, CO 80303-2395 |
| 20017377 | | Benjamin I. Zavodnick, 85 Main Street, Suite 302, Hackensack, NJ 07601-7100 |
| 19967635 | + | Benjamin Zavodnick, c/o Clark Hill PLC, 2595 Canyon Blvd, # 400, Boulder, CO 80302-6719 |
| 19967637 | + | Davis & Gilbert LLP, 1675 Broadway, New York, NY 10019-5820 |
| 20017703 | + | Gaia Inc., c/o Davis + Gilbert LLP, 1675 Broadway, New York NY 10019-5820 |
| 20017701 | + | Jirka Rysavy, 1675 Broadway, New York NY 10019-5820 |
| 20017702 | + | Kiersten Medvedich, 1675 Broadway, New York NY 10019-5820 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 19967636 | + Email/Text: CS3@BCSCOLLECT.COM | Jun 11 2026 22:29:00 | Budget Control Services, Inc., Attn Bankruptcy, Po Box 370107, Denver, CO 80237-0107 |
| 19987806 | Email/PDF: dor_tac_bankruptcy@state.co.us | Jun 11 2026 22:44:16 | Colorado Department of Revenue, Attn: Bankruptcy, PO Box 17087, Denver, CO 80217-0087 |
| 20098368 | Email/Text: EDBKNotices@ecmc.org | Jun 11 2026 22:28:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                          Signature:          /s/Gustava Winters

District/off: 1082-1        User: admin        Page 2 of 2

Date Rcvd: Jun 11, 2026        Form ID: pdf904        Total Noticed: 11

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com  trusteeCOB1Z@ecf.epiqsystems.com |
| Daniel Andrew Dingerson | on behalf of Creditor Gaia  Inc. ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Kiersten Medvedich ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Brad Warkins ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Jirka Rysavy ddingerson@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Gaia  Inc. ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Kiersten Medvedich ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Brad Warkins ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Jirka Rysavy ischer@dglaw.com |
| Joseph T. Bernstein | on behalf of Creditor Jirka Rysavy jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Kiersten Medvedich jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Plaintiff Gaia  Inc. jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Gaia  Inc. jtb@msbfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor James Corey Goode craig@thehorvathlawfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor Stacy Hartman Goode craig@thehorvathlawfirm.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minute Order**

| | |
|---|---|
| June 11, 2026 | Hon. Joseph G. Rosania, Jr., Presiding<br>A. Sekera, Courtroom Deputy |

| | | |
|---|---|---|
| In re:<br><br>JAMES COREY GOODE,<br>STACY HARTMAN GOODE,<br><br>Debtor(s). | Bankruptcy Case No. 25-16569-JGR<br><br>Chapter 13 | |

**Appearances:**

| Debtor(s) | | Counsel | Craig Horvath |
|---|---|---|---|
| Trustee | Adam M. Goodman, Chapter 13 Trustee | Counsel | Nicholas Santarelli |
| Creditor | Jirka Rysavy, Kiersten Medvedich and Gaia, Inc., | Counsel | Joseph T. Bernstein |
| Creditor | Benjamin Zavodnick | Counsel | Self-Represented Litigant |
| | | | |

**Proceedings: Telephonic continued hearing regarding confirmation of Debtors' Amended Chapter 13 Plan filed March 5, 2026 (Doc. 51) and Objection thereto filed by the Chapter 13 Trustee (Doc. 53) and Joinder to Chapter 13 Trustee's Objection by Jirka Rysavy, Kiersten Medvedich and Gaia, Inc., (Doc.55)**

Entry of appearances and statements/arguments made.

The Court was advised that Debtors are substantially current on plan payments to the Chapter 13 Trustee.

The pending Objections to Confirmation remain outstanding.

The Debtors intend on amended the Chapter 13 plan as well as Schedules I and J.

**Orders:**

☒  Confirmation of all previously filed plans is DENIED.  All pending objections to confirmation are deemed moot.  Any party desiring to object to a future plan must file a new objection.

☒  Debtors shall, on or before **July 2, 2026**, file with this Court, if not previously filed, (a) an amended Chapter 13 plan *along with amended schedules and statement(s), as appropriate*, (b) notice in substantial conformity with L.B. Form 3015-1.2 and (c) certificate evidencing service.  The notice shall also include language regarding telephone appearance at the continued hearing.  Debtor(s) shall serve the amended Chapter 13 plan and notice on the following:

☒ Chapter 13 Trustee
☒ All creditors and parties who have entered an appearance and/or requested notice
☒ All creditors and interested parties
☒ Appropriate taxing authorities

☒  The deadline for filing objections to confirmation of the amended Chapter 13 plan is **July 23, 2026**.

☒  The telephonic hearing regarding plan confirmation is scheduled for **<u>Thursday, August 6, 2026 at 10:00 a.m.</u>,** Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado  80202.

Counsel/parties **shall appear by telephone** at the continued hearing.  **Dial 833-435-1820 US Toll-free,** a few minutes prior to commencement of the hearing and Enter the Meeting ID: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing.  If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

☒  Debtor(s) shall, on or before **July 30, 2026**, timely file the appropriate Confirmation Status Report or Verification of Confirmable Plan.

<p style="color:red;text-align:center"><strong>IN THE EVENT DEBTOR FAILS TO FILE OR FAILS TO FILE A MEANINGFUL CONFIRMATION STATUS REPORT BY THE ABOVE DEADLINE, THE PLAN CONFIRMATION HEARING WILL NOT BE VACATED BY THE COURT</strong>.</p>

☒  If confirmation is not possible at the time of the continued hearing, or if payments are not current to the Chapter 13 Trustee, the Court may dismiss the case.

☒  In the event Debtor(s) fails/fail to comply as ordered herein, confirmation of the amended Chapter 13 plan may be DENIED and the case may be dismissed without further notice or hearing.

☒  This Minutes of Proceedings shall constitute the order of the Court and no further order shall enter.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge