**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor 1: | James | Corey | Goode | Case #: | 25-16569-JGR | |
| | First Name | Middle Name | Last Name | | | |
| Debtor 2: | Stacy | Hartman | Goode | Chapter: | 13 | |
| | First Name | Middle Name | Last Name | | | |

## Local Bankruptcy Form 3015-1.2
## Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation

**Complete applicable sections.**

**Part 1    Objection Deadline**

Objection deadline: **07/23/2026**

**Part 2    Notice**

NOTICE IS HEREBY GIVEN that the debtor filed a Chapter 13 Plan on **07/02/2026**.  A copy of the Chapter 13 Plan is attached.  A confirmation hearing on the debtor's plan has been set for **08/06/2026** at **10:00 AM** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **B**, Fifth Floor, Denver, Colorado 80202.

> Dial 1-833-435-1820 OR 1-833-568-8864, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code/meeting ID, followed by the pound key (#).  The meeting ID is: 161 324 5580.  You may then be prompted to input an attendee ID number, followed by the pound key (#). If you do not know this attendee ID number, press the pound key (#) to continue. You will then be connected into the conference. Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

The last day to file an Objection to the Plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any.  General objections will not be considered by the Court.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of L.B.F. 3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

This Notice pertains only to the Chapter 13 Plan.  Creditors should also review the Notice of Chapter 13 Case, at docket no. **[#]**, for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

**Part 3    Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: 07/02/2026

By: /s/ N. Craig Horvath
        Signature

Bar Number (if applicable):  47393
Mailing Address: PO Box 698, Littleton, CO 80160
Telephone number: 303-900-8741

E-mail address:  craig@thehorvathlawfirm.com

# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF COLORADO

In re:                                    )
                                          )        Case No. 25-16569-JGR
Goode, James                              )
                                          )
Goode, Stacy                              )
                                          )        Chapter 13
                        Debtors           )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **July 2, 2026**, the Debtors' *Amended Chapter 13 Plan and 3015-1.2 Notice* were served by the court's electronic noticing system or placed into the United States Mails, First-Class postage prepaid, and addressed as follows:

**Adam Goodman**
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

**Exhibit A** (creditor mailing matrix)

**US Trustee**
1961 Stout St
Suite 12-200
Denver, Colorado 80294-1961

/s/ N. Craig Horvath
N. Craig Horvath #47393
The Horvath Law Firm, LLC
PO Box 698
Littleton, CO 80160
303.900.8741
craig@thehorvathlawfirm.com