Label Matrix for local noticing
1082-1
Case 25-16569-JGR
District of Colorado
Denver
Thu Jul  2 16:09:57 MDT 2026

Belzer Law
737 29th St
# 100-A
Boulder, CO 80303-2395

Benjamin I. Zavodnick
85 Main Street
Suite 302
Hackensack, NJ 07601-7100

Benjamin Zavodnick
c/o Clark Hill PLC
2595 Canyon Blvd
# 400
Boulder, CO 80302-6719

Joseph T. Bernstein
6300 S. Syracuse Wy.
Ste. 220
Centennial, CO 80111-6722

Budget Control Services, Inc.
Attn  Bankruptcy
Po Box 370107
Denver, CO 80237-0107

Colorado Department of Revenue
Attn: Bankruptcy
PO Box 17087
Denver, CO 80217-0087

Davis & Gilbert LLP
1675 Broadway
New York, NY 10019-5820

Daniel Andrew Dingerson
Davis & Gilbert LLP
1675 Broadway
New York, NY 10019-5820

Gaia Inc.
c/o Davis + Gilbert LLP
1675 Broadway
New York NY 10019-5820

James Corey Goode
6525 Gunpark Dr
# 370-227
Boulder, CO 80301-3346

Stacy Hartman Goode
6525 Gunpark Dr
# 370-227
Boulder, CO 80301-3346

Adam M Goodman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201-1169

Nicholas Craig Horvath
The Horvath Law Firm, LLC
PO Box 698
Littleton, CO 80160-0698

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Jirka Rysavy
1675 Broadway
New York NY 10019-5820

Kiersten Medvedich
1675 Broadway
New York NY 10019-5820

Ina Beth Scher
Davis & Gilbert LLP
1675 Broadway
New York, NY 10019-5820

US Department of Education
PO Box 16448
Saint Paul, MN 55116-0448

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Gaia, Inc.

(u)Kiersten Medvedich

(u)Jirka Rysavy

(u)Brad Warkins

End of Label Matrix
Mailable recipients    19
Bypassed recipients     4
Total                  23