**Fill in this information to identify your case:**

Debtor 1    **James Corey Goode**
First Name                    Middle Name                    Last Name

Debtor 2    **Stacy Hartman Goode**
(Spouse if, filing)    First Name                    Middle Name                    Last Name

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number    **25-16569**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ James Corey Goode**                    X  **/s/ Stacy Hartman Goode**
**James Corey Goode**                         **Stacy Hartman Goode**
Signature of Debtor 1                         Signature of Debtor 2

Date  **July  2, 2026**                        Date  **July  2, 2026**