**Fill in this information to identify your case**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
|---|---|---|---|---|
| Debtor 1: | James | Corey | Goode | Case #: 25-16569-JGR |
| | First Name | Middle Name | Last Name | |
| Debtor 2: | Stacy | Hartman | Goode | Chapter: 13 |
| | First Name | Middle Name | Last Name | |

## Local Bankruptcy Form 1009-1.1

## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1    Notice

You are hereby notified that the debtor has filed amended documents:  Schedule I, Schedule J.

### Part 2    Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |
| | |

**2.3. Schedule(s)**

☐ Not applicable (no amendments to Schedules)

☐ Schedule(s) are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| | 0% personally | Unknown | 100% by business |
| | | | |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served.  Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| | |
| | |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |
| | |

Schedules I/J:

| Amended/New information |
|---|
| Updated income and expenses based on last 90 days. |
| |

## 2.4. Statement(s)

☒ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| | | |

## 2.5. Addition of Creditor(s)

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |

---

**Part 3**   **Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: 07/02/2026                    By: /s/ N. Craig Horvath
                                         Signature

                                     Bar Number (if applicable):  47393
                                     Mailing Address:  PO Box 698, Littleton, CO 80160
                                     Telephone number:  303-900-8741
                                     E-mail address:  craig@thehorvathlawfirm.com