IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JAMES COREY GOODE | CASE: 25-16569JGR |
| STACY HARTMAN GOODE | |

DEBTORS

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. Based upon a review of Corey Goode's pay advices recently provided to the Trustee, it appears that the Debtor's net monthly income as reflected on Schedule I may be overstated. The pay advices reflect average net monthly income of $8,220.74, while Schedule I reflects net monthly income of $9,626.15. The Debtors' Plan and Schedules should be amended accordingly. 11 U.S.C. § 1325(a)(6). Trustee notes that when the case was filed Debtor filed a Statement Concerning Pay Advices, declaring he was self-employed and did not receive any evidence of payment from an employer. Since that time Debtor has produced pay advices that appear to be generated from his business, Disclosure Media, Inc. Debtor should provide proof of the business income.

2. The Chapter 13 Plan appears to be infeasible because the monthly net income on Schedule J ($3,818.15) is less than the Chapter 13 Plan payment in the amount of $8,400 starting in month 10. 11 U.S.C. § 1325(a)(6).

3. The Chapter 13 Plan indicates Debtor has no student loans in Part 10.5. However, a student loan claim has been filed. The Chapter 13 Plan should be amended accordingly. 11 U.S.C. § 1322 (a)(3).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

July 21, 2026

Respectfully submitted,

s/Nick Santarelli
Nick Santarelli, #46592
Attorney for Chapter 13 Trustee,
Adam M. Goodman
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973
nsantarelli@ch13colorado.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on July 21, 2026 addressed as follows:

JAMES COREY and STACY HARTMAN GOODE
6525 GUNPARK DR,# 370-227
BOULDER, CO 80301


NICHOLAS CRAIG HORVATH
VIA CM/ECF


\s\_kmp____
Chapter 13 Trustee Staff Member