**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minute Order**

August 6, 2026                                      Hon. Joseph G. Rosania, Jr.,
                                                                      Presiding
                                                   A.  Sekera, Courtroom Deputy

| **James Corey Goode and Stacy Hartman Goode**, Debtor(s). | Bankruptcy Case No. **25-16569-JGR** Chapter 13 |
|---|---|

**Appearances:**

| Debtor(s) | | Counsel | Nicholas Craig Horvath |
|---|---|---|---|
| Trustee | Adam M. Goodman, Chapter 13 Trustee | Counsel | Nicholas Santarelli |
| Creditor | Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc. | Counsel | Joseph T. Bernstein |
| Creditor | Benjamin Zavodnick | Counsel | Self-Represented Litigant |
| | | | |

**Proceedings:** Telephonic hearing regarding confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) and Objections thereto filed by the Chapter 13 Trustee (Doc. 67) and Joinder to Chapter 13 Trustee's Objection to Confirmation filed by Creditors Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc. (Doc. 68)

Entry of appearances and statements/arguments made.

The Court was advised that Debtors are current on plan payments to the Chapter 13 Trustee and all Objections to Confirmation remain outstanding.

**Orders:**
Oral findings and conclusions made of record.

☒  Confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) is DENIED and the within case is DISMISSED.  The Court shall issue an order dismissing case concurrently herewith.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge