**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

In re:

**James Corey Goode and**
**Stacy Hartman Goode**,

Debtor(s).

Bankruptcy Case No. **25-16569-JGR**

Chapter 13

**ORDER DISMISSING CHAPTER 13 CASE PRIOR TO CONFIRMATION OF PLAN**

THIS MATTER came before the Court on August 6, 2026 for a hearing regarding confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) and Objections thereto filed by the Chapter 13 Trustee (Doc. 67) and Joinder to Chapter 13 Trustee's Objection to Confirmation filed by Creditors Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc. (Doc. 68).

In accordance with the findings of the Court entered on the record at the hearing, the Court

DOES FIND as follows:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. § 1307.
2. No plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED as follows:

1. The within case is hereby DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties-in-interest within **five (5) days of the date of this Order**.

2. In accordance with 11 U.S.C. §§ 349(b)(1) and (2), any transfer avoided under Section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under Section 510(c)(2), 522(i)(2), or 551 of Title 11 is reinstated; any lien voided under Section 506(d) of Title 11 is reinstated; and any order, judgment, or transfer ordered under Section 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor(s) to the Trustee, shall revest in the Debtor as of the date of this Order pursuant to 11 U.S.C. § 349.

4. Payments made by the Debtor(s) shall be retained by the Trustee pending payment of claims allowed under Section 503(b) pursuant to 11 U.S.C. § 1326(a)(2).

a.  Any request for allowance of a Section 503(b) claim shall
    conform with 11 U.S.C. § 503 and Rules 9013, 9014 and 2002,
    Fed.R.Bankr.P. , and be filed **no later than 28 days of the date
    of this order**.

b.  **Within 30 days after determination** of the last request, if any,
    for allowance of Section 503(b) claims, the Trustee shall pay all
    fees imposed by statute and all allowed section 503(b) claims
    from payments made by the Debtor(s) and return any surplus to
    the Debtor(s).

DATED:  August 6, 2026.

BY THE COURT

Joseph G. Rosania, Jr.,
United States Bankruptcy Judge