## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

August 6, 2026

| In re: | Bankruptcy Case No. **25-16569-JGR** |
|---|---|
| **James Corey Goode and Stacy Hartman Goode**, | Chapter 13 |
| Debtor(s). | |

### JUDGMENT

This matter came before the Court for a hearing on August 6, 2026 regarding confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) and Objections thereto filed by the Chapter 13 Trustee (Doc. 67) and Joinder to Chapter 13 Trustee's Objection to Confirmation filed by Creditors Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc. (Doc. 68). The issues have been tried, heard and/or considered, and a decision has been rendered. In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) is hereby DENIED.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Chapter 13 Trustee and Creditors Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc., and against the Debtors.

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: A. Sekera
      Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
      Joseph G. Rosania, Jr.,
      U.S. Bankruptcy Judge

2