United States Bankruptcy Court
District of Colorado

In re:
James Corey Goode
Stacy Hartman Goode
Debtors

Case No. 25-16569-JGR
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1082-1 | User: admin | Page 1 of 2
Date Rcvd: Aug 06, 2026 | Form ID: pdf904 | Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | James Corey Goode, Stacy Hartman Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |
| 19967634 | + | Belzer Law, 737 29th St, # 100-A, Boulder, CO 80303-2395 |
| 20017377 | | Benjamin I. Zavodnick, 85 Main Street, Suite 302, Hackensack, NJ 07601-7100 |
| 19967635 | + | Benjamin Zavodnick, c/o Clark Hill PLC, 2595 Canyon Blvd, # 400, Boulder, CO 80302-6719 |
| 19967637 | + | Davis & Gilbert LLP, 1675 Broadway, New York, NY 10019-5820 |
| 20017703 | + | Gaia Inc., c/o Davis + Gilbert LLP, 1675 Broadway, New York NY 10019-5820 |
| 20017701 | + | Jirka Rysavy, 1675 Broadway, New York NY 10019-5820 |
| 20017702 | + | Kiersten Medvedich, 1675 Broadway, New York NY 10019-5820 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19967636 | + | Email/Text: CS3@BCSCOLLECT.COM | Aug 06 2026 23:31:00 | Budget Control Services, Inc., Attn Bankruptcy, Po Box 370107, Denver, CO 80237-0107 |
| 19987806 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Aug 06 2026 23:34:20 | Colorado Department of Revenue, Attn: Bankruptcy, PO Box 17087, Denver, CO 80217-0087 |
| 20163434 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2026 23:31:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 20098368 | | Email/Text: EDBKNotices@ecmc.org | Aug 06 2026 23:31:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Aug 06, 2026 Form ID: pdf904 Total Noticed: 12

Date: Aug 08, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com trusteeCOB1Z@ecf.epiqsystems.com |
| Daniel Andrew Dingerson | on behalf of Creditor Brad Warkins ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Kiersten Medvedich ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Jirka Rysavy ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Gaia Inc. ddingerson@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Brad Warkins ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Jirka Rysavy ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Kiersten Medvedich ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Gaia Inc. ischer@dglaw.com |
| Joseph T. Bernstein | on behalf of Creditor Kiersten Medvedich jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Jirka Rysavy jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Plaintiff Gaia Inc. jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Gaia Inc. jtb@msbfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor Stacy Hartman Goode craig@thehorvathlawfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor James Corey Goode craig@thehorvathlawfirm.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minute Order**

| | |
|---|---|
| August 6, 2026 | Hon. Joseph G. Rosania, Jr., Presiding<br>A. Sekera, Courtroom Deputy |
| **James Corey Goode and**<br>**Stacy Hartman Goode**,<br><br>Debtor(s). | Bankruptcy Case No. **25-16569-JGR**<br><br>Chapter 13 |

**Appearances:**

| | | | |
|---|---|---|---|
| Debtor(s) | | Counsel | Nicholas Craig Horvath |
| Trustee | Adam M. Goodman, Chapter 13 Trustee | Counsel | Nicholas Santarelli |
| Creditor | Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc. | Counsel | Joseph T. Bernstein |
| Creditor | Benjamin Zavodnick | Counsel | Self-Represented Litigant |
| | | | |

**Proceedings:** Telephonic hearing regarding confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) and Objections thereto filed by the Chapter 13 Trustee (Doc. 67) and Joinder to Chapter 13 Trustee's Objection to Confirmation filed by Creditors Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc. (Doc. 68)

---

Entry of appearances and statements/arguments made.

The Court was advised that Debtors are current on plan payments to the Chapter 13 Trustee and all Objections to Confirmation remain outstanding.

**Orders:**
Oral findings and conclusions made of record.

☒ Confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) is DENIED and the within case is DISMISSED. The Court shall issue an order dismissing case concurrently herewith.

---

BY THE COURT:

____________________________
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge