United States Bankruptcy Court
District of Colorado

In re: James Corey Goode
Stacy Hartman Goode
Debtors

Case No. 25-16569-JGR
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1082-1 | User: admin | Page 1 of 2
Date Rcvd: Aug 06, 2026 | Form ID: pdf904 | Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | James Corey Goode, Stacy Hartman Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |
| 19967634 | + | Belzer Law, 737 29th St, # 100-A, Boulder, CO 80303-2395 |
| 20017377 | | Benjamin I. Zavodnick, 85 Main Street, Suite 302, Hackensack, NJ 07601-7100 |
| 19967635 | + | Benjamin Zavodnick, c/o Clark Hill PLC, 2595 Canyon Blvd, # 400, Boulder, CO 80302-6719 |
| 19967637 | + | Davis & Gilbert LLP, 1675 Broadway, New York, NY 10019-5820 |
| 20017703 | + | Gaia Inc., c/o Davis + Gilbert LLP, 1675 Broadway, New York NY 10019-5820 |
| 20017701 | + | Jirka Rysavy, 1675 Broadway, New York NY 10019-5820 |
| 20017702 | + | Kiersten Medvedich, 1675 Broadway, New York NY 10019-5820 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19967636 | + | Email/Text: CS3@BCSCOLLECT.COM | Aug 06 2026 23:31:00 | Budget Control Services, Inc., Attn Bankruptcy, Po Box 370107, Denver, CO 80237-0107 |
| 19987806 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Aug 06 2026 23:34:20 | Colorado Department of Revenue, Attn: Bankruptcy, PO Box 17087, Denver, CO 80217-0087 |
| 20163434 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2026 23:31:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 20098368 | | Email/Text: EDBKNotices@ecmc.org | Aug 06 2026 23:31:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 1082-1 User: admin 
Date Rcvd: Aug 06, 2026 Form ID: pdf904 Total Noticed: 12

Date: Aug 08, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com trusteeCOB1Z@ecf.epiqsystems.com |
| Daniel Andrew Dingerson | on behalf of Creditor Kiersten Medvedich ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Brad Warkins ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Jirka Rysavy ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Gaia Inc. ddingerson@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Jirka Rysavy ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Brad Warkins ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Kiersten Medvedich ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Gaia Inc. ischer@dglaw.com |
| Joseph T. Bernstein | on behalf of Creditor Gaia Inc. jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Kiersten Medvedich jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Jirka Rysavy jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Plaintiff Gaia Inc. jtb@msbfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor Stacy Hartman Goode craig@thehorvathlawfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor James Corey Goode craig@thehorvathlawfirm.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>**James Corey Goode and Stacy Hartman Goode**,<br><br>Debtor(s). | Bankruptcy Case No. **25-16569-JGR**<br><br>Chapter 13 |

**ORDER DISMISSING CHAPTER 13 CASE PRIOR TO CONFIRMATION OF PLAN**

THIS MATTER came before the Court on August 6, 2026 for a hearing regarding confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) and Objections thereto filed by the Chapter 13 Trustee (Doc. 67) and Joinder to Chapter 13 Trustee's Objection to Confirmation filed by Creditors Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc. (Doc. 68).

In accordance with the findings of the Court entered on the record at the hearing, the Court

DOES FIND as follows:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. § 1307.
2. No plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED as follows:

1. The within case is hereby DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties-in-interest within **five (5) days of the date of this Order**.

2. In accordance with 11 U.S.C. §§ 349(b)(1) and (2), any transfer avoided under Section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under Section 510(c)(2), 522(i)(2), or 551 of Title 11 is reinstated; any lien voided under Section 506(d) of Title 11 is reinstated; and any order, judgment, or transfer ordered under Section 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor(s) to the Trustee, shall revest in the Debtor as of the date of this Order pursuant to 11 U.S.C. § 349.

4. Payments made by the Debtor(s) shall be retained by the Trustee pending payment of claims allowed under Section 503(b) pursuant to 11 U.S.C. § 1326(a)(2).

a. Any request for allowance of a Section 503(b) claim shall conform with 11 U.S.C. § 503 and Rules 9013, 9014 and 2002, Fed.R.Bankr.P. , and be filed **no later than 28 days of the date of this order**.

b. **Within 30 days after determination** of the last request, if any, for allowance of Section 503(b) claims, the Trustee shall pay all fees imposed by statute and all allowed section 503(b) claims from payments made by the Debtor(s) and return any surplus to the Debtor(s).

DATED: August 6, 2026.

BY THE COURT

Joseph G. Rosania, Jr.,
United States Bankruptcy Judge