United States Bankruptcy Court
District of Colorado

In re: Case No. 25-16569-JGR
James Corey Goode Chapter 13
Stacy Hartman Goode
Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1 User: admin Page 1 of 2
Date Rcvd: Aug 06, 2026 Form ID: pdf904 Total Noticed: 12

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/db | + | James Corey Goode, Stacy Hartman Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |
| 19967634 | + | Belzer Law, 737 29th St, # 100-A, Boulder, CO 80303-2395 |
| 20017377 | | Benjamin I. Zavodnick, 85 Main Street, Suite 302, Hackensack, NJ 07601-7100 |
| 19967635 | + | Benjamin Zavodnick, c/o Clark Hill PLC, 2595 Canyon Blvd, # 400, Boulder, CO 80302-6719 |
| 19967637 | + | Davis & Gilbert LLP, 1675 Broadway, New York, NY 10019-5820 |
| 20017703 | + | Gaia Inc., c/o Davis + Gilbert LLP, 1675 Broadway, New York NY 10019-5820 |
| 20017701 | + | Jirka Rysavy, 1675 Broadway, New York NY 10019-5820 |
| 20017702 | + | Kiersten Medvedich, 1675 Broadway, New York NY 10019-5820 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 19967636 | + | Email/Text: CS3@BCSCOLLECT.COM | Aug 06 2026 23:31:00 | Budget Control Services, Inc., Attn Bankruptcy, Po Box 370107, Denver, CO 80237-0107 |
| 19987806 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Aug 06 2026 23:34:20 | Colorado Department of Revenue, Attn: Bankruptcy, PO Box 17087, Denver, CO 80217-0087 |
| 20163434 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2026 23:31:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 20098368 | | Email/Text: EDBKNotices@ecmc.org | Aug 06 2026 23:31:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Aug 06, 2026 Form ID: pdf904 Total Noticed: 12

Date: Aug 08, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com trusteeCOB1Z@ecf.epiqsystems.com |
| Daniel Andrew Dingerson | on behalf of Creditor Jirka Rysavy ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Kiersten Medvedich ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Gaia Inc. ddingerson@dglaw.com |
| Daniel Andrew Dingerson | on behalf of Creditor Brad Warkins ddingerson@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Gaia Inc. ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Brad Warkins ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Kiersten Medvedich ischer@dglaw.com |
| Ina Beth Scher | on behalf of Creditor Jirka Rysavy ischer@dglaw.com |
| Joseph T. Bernstein | on behalf of Creditor Jirka Rysavy jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Gaia Inc. jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Creditor Kiersten Medvedich jtb@msbfirm.com |
| Joseph T. Bernstein | on behalf of Plaintiff Gaia Inc. jtb@msbfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor Stacy Hartman Goode craig@thehorvathlawfirm.com |
| Nicholas Craig Horvath | on behalf of Debtor James Corey Goode craig@thehorvathlawfirm.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

August 6, 2026

| | |
|---|---|
| In re:<br><br>**James Corey Goode and**<br>**Stacy Hartman Goode**,<br><br>Debtor(s). | Bankruptcy Case No. **25-16569-JGR**<br><br>Chapter 13 |

**JUDGMENT**

This matter came before the Court for a hearing on August 6, 2026 regarding confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) and Objections thereto filed by the Chapter 13 Trustee (Doc. 67) and Joinder to Chapter 13 Trustee's Objection to Confirmation filed by Creditors Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc. (Doc. 68). The issues have been tried, heard and/or considered, and a decision has been rendered. In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that confirmation of Debtors' Amended Chapter 13 Plan filed July 2, 2026 (Doc. 61) is hereby DENIED.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Chapter 13 Trustee and Creditors Jirka Rysavy, Kiersten Medvedich, and Gaia, Inc., and against the Debtors.

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: A. Sekera
Deputy Clerk

APPROVED AND ACCEPTED:

By: ______________________
Joseph G. Rosania, Jr.,
U.S. Bankruptcy Judge